# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

August 13, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 1 7 2015

Abel Acosta, Clerk

Re: Jeremy Crespin
v. Texas
No. 15-5627
(Your No. WR-82,141-03; WR-82,141-04)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 11, 2015 and placed on the docket August 13, 2015 as No. 15-5627.

Sincerely,

**Scott S. Harris**, Clerk

by *Melissa Blalock*

Melissa Blalock
Case Analyst